**STATE WORKERS' INSURANCE FUND, Appellant**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SHAUGHNESSY), Appellee.**

Supreme Court of Pennsylvania.

Argued May 16, 2005.
Decided June 8, 2005.

Joseph F. Frattone, IV, Philadelphia, for State Workers' Ins. Fund.

Amber Marie Kenger, Mechanicsburg, Richard C. Lengler, Harrisburg, for W.C.A.B.

Helene Shaughnessy, for Helene Shaughnessy.

Thomas Joseph Kuzma, Martin C. Cunningham, Harrisburg, for Bureau of Workers Compensation.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.